# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cr-00207 |
| Willason, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 05/30/2025

/s/ Jeffrey Cramer
*Attorney's signature*

Jeffrey Cramer NYSBN 2621779
*Printed name and bar number*

U.S. Department of Justice - Antitrust Division
209 S LaSalle, Suite 600
Chicago, IL 60604

*Address*

Jeffrey.Cramer@usdoj.gov
*E-mail address*

(312) 213-2367
*Telephone number*

(312) 984-7299
*FAX number*